UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY THOMPSON, the Liquidation
Trustee for the Reorganized Debtors,
Legacy-Xspire Holdings, LLC, WraSer, LLC,
and Xspire Pharma, LLC,

      Plaintiff,

v.                                            Case No.: 8:25-mc-00034-KKM-LSG

ASCENT HEALTH SERVICES LLC,

      Defendant,
_____/

and

JP MORGAN CHASE BANK, N.A.,

      Garnishee.
_____/

**WRIT OF GARNISHMENT**

TO STATE OF FLORIDA**:**
To Each Sheriff of the State
and the U.S. Marshals Service:

      ***YOU ARE COMMANDED*** to summon the **JP MORGAN CHASE BANK, N.A., by serving its registered agent, CT Corporation System, 111 Eighth Avenue, 13th Floor, New York, NY 10017**, who is required to serve an answer to this writ on Steven M. Berman, Esq., Plaintiff's attorney, whose address is c/o Shumaker, Loop & Kendrick, LLP, 101 E. Kennedy Blvd., Suite 2800, Tampa, FL 33602-5107, within 20 days after service of this writ, exclusive of the day of service, and to file the original with the clerk of court either before service on the attorney or immediately thereafter. The answer shall state whether the Garnishee holds any accounts in the name of the Defendant, **Ascent Health Services LLC**, **TIN 83-4454479**, their account number(s)

1

and dollar amount in each account and in what sum and what tangible and/or intangible personal property of the Defendant the Garnishee has or had in its possession or control**, including but not limited to ACCT. #550374968 ABA 021000021**. The amount set forth in Plaintiff's motion is **$56,532.65**, plus accrued post judgment interest prevailing statutory rate beginning July 22, 2025. **FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE TOTAL AMOUNT OF $56,532.65, PLUS INTEREST, COSTS, AND ATTORNEY'S FEES.**

**DONE** and **ORDERED** in Chambers in the United States District Court for the Middle District of Florida, Tampa Division, on this _____ day of _____, 2025.

By:_____
By or on behalf of the District Court Judge

NOTICE TO DEFENDANT OF RIGHT AGAINST
GARNISHMENT OF WAGES, MONEY,
AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY THOMPSON, the Liquidation
Trustee for the Reorganized Debtors,
Legacy-Xspire Holdings, LLC, WraSer, LLC,
and Xspire Pharma, LLC,

        Plaintiff,

v.                                              Case No.: 8:25-mc-00034-KKM-LSG

ASCENT HEALTH SERVICES LLC,

        Defendant,
_____/

and

JP MORGAN CHASE BANK, N.A.,

        Garnishee.
_____/

CLAIM OF EXEMPTION AND
REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

__ 1. Head of family wages. (Check either a. or b. below, if applicable.)

—   a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

__   b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

__ 2. Social Security benefits.

__ 3. Supplemental Security Income benefits.

__ 4. Public assistance (welfare).

__ 5. Workers' Compensation.

__ 6. Reemployment assistance or unemployment compensation.

__ 7. Veterans' benefits.

__ 8. Retirement or profit-sharing benefits or pension money.

4

___ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

___ 10. Disability income benefits.

___ 11. Prepaid College Trust Fund or Medical Savings Account.

___ 12. Other exemptions as provided by law. _____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

    Address: _____

    Telephone number:_____

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one)United States mail or hand delivery on (insert date)_____, to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished) _____

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.


_____
Defendant's signature

Date_____

STATE OF FLORIDA
COUNTY OF _____

    Sworn and subscribed to before me this _____ day of _____ (month), 20_____ (year), by _____ (name of Defendant).


_____
Notary Public / Deputy Clerk
Personally Known _____OR Produced Identification____
Type of Identification Produced_____

5